```
                    IN THE UNITED STATES BANKRUPTCY COURT

IN RE:
   ZENOBIA BLANDING                              CASE NO. 05-27920-S
                                                 JUDGE
   740 VILLAGER CIRCLE

   DUNDALK MD              21222                 DATE: 03/21/06
         Debtor(s)
   SSN(1)XXX-XX-5885 SSN(2)XXX-XX-0000
--------------------------------------------------------------------
                         NOTICE OF CLAIMS FILED
--------------------------------------------------------------------

     NOTICE IS HEREBY GIVEN of claims filed, which will be paid in  the  amounts
and manner set forth below, subject to provisions of the Plan  and  other  Court
Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

--------------------------------------------------------------------
CLAIM #    NAME AND ADDRESS OF CREDITOR      AMOUNT         CLASSIFICATION
--------------------------------------------------------------------
0001       ABN AMRO MORTGAGE GROUP INC       3067.12    .00  ARREARS PER PLAN
           7159 CORKLAN DRIVE

           JACKSONVILLE FL                              ACCT:XXXXXX3524
            32258-0000                                  COMM:
--------------------------------------------------------------------
0005       BECKET & LEE                      5456.42    .00  UNSECURED
           P O BOX 3001

                                                        ACCT:2254
           MALVERN PA 19355-0000                        COMM:ARROW
--------------------------------------------------------------------
0006       BECKET & LEE                       620.75    .00  UNSECURED
           P O BOX 3001

                                                        ACCT:6312
           MALVERN PA 19355-0000                        COMM:ARROW
--------------------------------------------------------------------
0008       CAPITAL ONE                        796.45    .00  UNSECURED
           % TSYS DEBT MANAGEMENT

           PO BOX 5155                                  ACCT:5271635877234
           NORCROSS GA 30091-0000                       COMM:
--------------------------------------------------------------------
0002       CITIZENS BANK                      935.91    .00  ARREARS PER PLAN
           % WELTMAM,WEINBERG & REGIS,CO

           323 W LAKESIDE AVE 2ND FL                    ACCT:4539406
           CLEVELAND OH 44113-0000                      COMM:
--------------------------------------------------------------------
0004       COMPTROLLER OF MARYLAND           2073.00    .00  PRIORITY
           COMPLIANCE DIVISION

           301 W PRESTON ST ROOM 409                    ACCT:5885
           BALTIMORE MD 21201-0000                      COMM:ATTY FILE 01,02,04
--------------------------------------------------------------------
```

```
                   PAGE   2 - CHAPTER 13 CASE NO. 05-27920-S
------------------------------------------------------------------------------
CLAIM #    NAME AND ADDRESS OF CREDITOR      AMOUNT           CLASSIFICATION
------------------------------------------------------------------------------
0003       DEPARTMENT OF THE TREASURY        7315.52    .00   PRIORITY
           INTERNAL REVENUE SERVICE

           PO BOX 21125                                ACCT:XXX-XX-5885
           PHILADELPHIA PA 19114-0000                  COMM:AMD INC02-04,NOTPROV
------------------------------------------------------------------------------
0015       DEPARTMENT OF THE TREASURY        5385.88    .00   UNSECURED
           INTERNAL REVENUE SERVICE

           PO BOX 21125                                ACCT:XXX-XX-5885
           PHILADELPHIA PA 19114-0000                  COMM:AMENDED PENALTY
------------------------------------------------------------------------------
0010       EAGLE ALARM SERVICES                 .00     .00   UNSECURED
           WILLIAM CHASE, ESQ.
                                                              NOT FILED
           1190 W. NORTHERN PRKWY STE.124              ACCT:
           BALTIMORE, MD 21210-0000                    COMM:
------------------------------------------------------------------------------
0007       ECAST SETTLEMENT CORP             1075.23    .00   UNSECURED
           P O BOX 35480

                                                       ACCT:7518
           NEWARK NJ 07193-5480                        COMM:CITIBANK
------------------------------------------------------------------------------
0011       PALISADE COLLECTIONS, INC.           .00     .00   UNSECURED
           BANKRUPTCY DEPARTMENT
                                                              NOT FILED
           P.O. BOX 105460                             ACCT:
           ATLANTA, GA 30348-5460                      COMM:
------------------------------------------------------------------------------
0012       PROVIDIAN                            .00     .00   UNSECURED
           PO BOX 9016
                                                              NOT FILED
                                                       ACCT:
           PLEASANTON, CA 94566-0000                   COMM:
------------------------------------------------------------------------------
0014       T-MOBILE                             .00     .00   UNSECURED
           260 AIRPORT PLAZA
                                                              NOT FILED
                                                       ACCT:6251
           FARMINGDALE NY 11735-0000                   COMM:
------------------------------------------------------------------------------
0009       TARGET NATIONAL BANK               795.24    .00   UNSECURED
           C/O WEINSTEIN & RILEY PS

           2101 FOURTH AVE SUITE 900                   ACCT:7090
           SEATTLE WA 98121-0000                       COMM:
------------------------------------------------------------------------------
```

```
                    PAGE   3 - CHAPTER 13 CASE NO. 05-27920-S
--------------------------------------------------------------------------------
CLAIM #     NAME AND ADDRESS OF CREDITOR        AMOUNT          CLASSIFICATION
--------------------------------------------------------------------------------
0013        UNIFUND                            12533.55    .00  UNSECURED
            PEROUTKA & PEROUTKA, PA

            8028 RITCHIE HIGHWAY SUITE 300               ACCT:04-05216
            PASADENA, MD 21122-0000                      COMM:
--------------------------------------------------------------------------------
TOTAL                                          40055.07

            JEFFREY M. SIRODY                    600.00       ATTORNEY
            1777 REISTERSTOWN RD
            STE 360 E
            BALTIMORE MD 21208-0000
```

    Pursuant to 11 U.S.C. 502(a), the filed claims are deemed allowed for purpose of distribution and shall be paid if provided for under the plan. DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

                                        /s/ Gerard R. Vetter
                                        _____
                                        GERARD R. VETTER
                                        7310 RITCHIE HIGHWAY #715

                                        GLEN BURNIE, MD       21061-0000

    I hereby certify that a copy of this notice was served on the debtor(s) and the attorney for the debtor(s) on March 21, 2006 ,          by regular U.S. Mail postage prepaid.

                                        /s/ Gerard R. Vetter
                                        _____
                                        GERARD R. VETTER